David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
DONALD SUTTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SUTTON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA SERVICE BUREAU, INC.;<br>and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-00701-LDG-GWF<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendants not having filed or served answers, motions for summary judgment; the Plaintiff in the above-entitled action, as to each of the Defendants named, requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice.

Dated:　　　　　July 21, 2014

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　/s/David H. Krieger, Esq.
　　　　　　　　　　　　　　　　　　　David H. Krieger, ESQ. (Nevada Bar No. 9086)
　　　　　　　　　　　　　　　　　　　HAINES & KRIEGER, LLC
　　　　　　　　　　　　　　　　　　　8985 S. Eastern Avenue, Suite 130
　　　　　　　　　　　　　　　　　　　Henderson, Nevada 89123
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*